UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TEACHERS INSURANCE & ANNUITY ASSOCIATION OF AMERICA,

                    Plaintiff,

-v-

MELANIE SIMONS,

                    Defendant.

CIVIL ACTION NO.: 21 Civ. 3712 (ALC) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Due to a scheduling conflict, the telephone conference scheduled for Tuesday, October 4, 2022 at 10:00 am is ADJOURNED to **the same day at 4:00 pm**. The parties are directed to call the Court's conference line: (866) 390-1828; access code: 380-9799, at the scheduled time

Dated:    New York, New York
            September 26, 2022

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**