# Coss & Momjian, LLP

Attorneys at Law
Two Bala Plaza, Suite 300
Bala Cynwyd, PA 19004
Telephone: 610-667-6800
Fax: 610-667-8174

December 22, 2022

<u>Via Electronic Court Filing and Email</u>

The Honorable Andrew L. Carter, Jr.
United States District Court, Southern District of New York
40 Foley Square, Room 435
New York, NY 10007

<u>Re:  Teachers Insurance and Annuity Association of America v. Melanie Simons, Case No. 1:21-cv-03712-ALC</u>

Dear Judge Carter:

     Pursuant to the parties' Case Management Plan, by correspondence dated December 7, 2022 I wrote to advise the Court that all discovery, including expert discovery, is complete in the above matter and that Defendant will file a motion for summary judgment at the end of the month.  Upon further review, Plaintiff also intends to file a motion for summary judgment.

                                           Respectfully submitted,

                                           <u>/s/ Christopher C. Coss</u>
                                           Christopher C. Coss

cc:  Counsel of Record (via ECF)