**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: _1/10/2023_____

| | |
|---|---|
| **TEACHERS INSURANCE & ANNUITY ASSOCIATION OF AMERICA,** | |
| **Plaintiff,** | **21-cv-03712 (ALC)** |
| -against- | **ORDER** |
| **SIMONS,** | |
| **Defendant.** | |

**ANDREW L. CARTER, JR., United States District Judge:**

      The Court is in receipt of the parties' premotion letters related to their anticipated motions for summary judgement. *See* ECF Nos. 58-61. The parties are hereby **ORDERED** to submit a Joint Status Report to the Court on or before **January 12, 2023** proposing a briefing schedule for their summary judgment motions.

**SO ORDERED.**

Dated:    January 10, 2023
           New York, New York

_____
      **ANDREW L. CARTER, JR.**
      **United States District Judge**