```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 1/27/2023
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**TEACHERS INSURANCE & ANNUITY ASSOCIATION OF AMERICA,**

        **Plaintiff,**

-against-

**SIMONS,**

        **Defendant.**

21-cv-03712-ALC

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

The Court is in receipt of the parties' premotion conference letters related to Defendant's anticipated motion for sanctions. ECF Nos. 65, 66. Defendant's request for a premotion conference is **DENIED**. Defendant is hereby **GRANTED** leave to file a motion for sanctions. The parties are directed to adhere to the following briefing schedule:

  **Opening Brief:**  February 6, 2023

  **Opposition:**  February 27, 2023

  **Reply:**  March 10, 2023

**SO ORDERED.**

**Dated:**  **January 27, 2023**
     **New York, New York**

              */s/ Andrew L. Carter, Jr.*
              **ANDREW L. CARTER, JR.**
              **United States District Judge**