```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __10/12/23_____
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

**TEACHERS INSURANCE AND ANNNUITY ASSOCATION OF AMERICA,**

             **Plaintiff,**

        -against-

**SIMONS,**

             **Defendant.**

---

**21-cv-03712-ALC**

**ORDER**

**ANDREW L. CARTER, United States District Judge:**

It having been reported to the Court that this case has been or will be settled, it is hereby **ORDERED** that the above-captioned action is discontinued without costs and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within **thirty days.**

**SO ORDERED.**

Dated:    **October 12, 2023**
              **New York, New York**

_____
                          **ANDREW L. CARTER, JR.**
                          **United States District Judge**